Roland Nikles (State Bar No. 131025)
Doug McManamon (State Bar No. 233015)
BELL, ROSENBERG & HUGHES LLP
1300 Clay Street, Suite 1000
P.O. Box 70220
Oakland, California 94612-0220
Telephone: (510) 832-8585
Facsimile: (510) 839-6925

Attorneys for Third-Party Defendant and Counter Claimant HIATT READY MIX, INC.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the Use of DNS CONTRACTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., a California corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, A Minnesota corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation.<br><br>Defendants.<br><br>I.E.-PACIFIC, INC., a California corporation;<br><br>Third-Party Claimant,<br><br>v.<br><br>DNS CONTRACTORS, INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, and DOES 1 through 10, inclusive<br><br>Third-Party Defendants. | Case No. CIV-F-03-6833 REC LJO<br><br>**SUBSTITUTION OF ATTORNEY FOR THIRD PARTY DEFENDANT HIATT READY MIX, INC.** |

[7314.001\Attorney Substitution]   1

ATTORNEY SUBSTITUTION FOR THIRD-PARTY DEFENDANT HIATT READY MIX

LAW OFFICES
BELL, ROSENBERG
& HUGHES LLP
1300 CLAY STREET
SUITE 1000
OAKLAND, CA 94612
(510) 832-8585

| | |
|---|---|
| DNS CONTRACTORS, INC., a California corporation; | ) ) ) |
| Third-Party Claimant, | ) ) ) |
| v. | ) ) |
| HIATT READY MIX, INC., a California corporation; and ROES 1 through 10, inclusive, | ) ) ) ) ) |
| Third-Party Defendants. | ) ) |
| HIATT READY MIX, INC., a California corporation; | ) ) ) |
| Third-Party Claimant, | ) ) ) |
| v. | ) ) |
| DNS CONTRACTORS, INC., a California corporation; | ) ) ) ) |
| Third-Party Defendants. | ) ) |

TO ALL PARTIES AND THEIR ATTORNEY'S OF RECORD:

Pursuant to United States District Court, Eastern District of California Local Rule 83-182(g), Third-Party Defendant and Counter Claimant HIATT READY MIX, INC. ("HIATT") is hereby substituting counsel to represent it as a Third-Party Defendant. The law firm of Jacobson, Hansen, Najarian & McQuillan will substitute for the law firm of Bell, Rosenberg & Hughes, LLP.

This attorney substitution is limited to HIATT's Third Party Defense. Bell, Rosenberg & Hughes will continue to represent HIATT as a Third-Party Claimant on its Counter Claim against DNS CONTRACTORS, INC.

//
//
//

LAW OFFICES
BELL, ROSENBERG
& HUGHES LLP
1300 CLAY STREET
SUITE 1000
OAKLAND, CA 94612
(510) 832-8585

[7314.001\Attorney Substitution]   2

ATTORNEY SUBSTITUTION FOR THIRD-PARTY DEFENDANT HIATT READY MIX

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 1, 2005 | BELL, ROSENBERG & HUGHES LLP |
| 3 | | |
| 4 | | By /s/ Doug McManamon |
| 5 | | Attorneys for Third-Party Claimant, HIATT READY MIX, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: March 14, 2005 | JACOBSON, HANSEN, NAJARIAN & McQUILLAN |
| 9 | | |
| 10 | | By /s/ Leith Hansen |
| 11 | | Leith Hansen |
| 12 | | Attorneys for Third-Party Defendant, HIATT READY MIX, INC. |
| 13 | | |
| 14 | Dated: March 7, 2005 | HIATT READY MIX, INC. |
| 15 | | |
| 16 | | By /s/ Richard Cheeseman |
| 17 | | Richard Cheeseman |
| 18 | | President, Hiatt Ready Mix |
| 19 | | |
| 20 | | **ORDER** |
| 21 | | |
| 22 | Dated: 5/3, 2005 | IT IS SO ORDERED |
| 23 | | |
| 24 | | /s/ |
| 25 | | Judge |
| 26 | | |
| 27 | | |
| 28 | | |

LAW OFFICES
BELL, ROSENBERG & HUGHES LLP
1800 CLAY STREET
SUITE 1000
OAKLAND, CA 94612

[7314.001\Attorney Substitution]                3
ATTORNEY SUBSTITUTION FOR THIRD-PARTY DEFENDANT HIATT READY MIX

TOTAL P.02