1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA                    CASE NO. CV-F-03-6833 JKS LJO
    for the Use of DNS CONTRACTRORS,
10  INC.,                                        **ORDER AFTER SETTLEMENT**

11                          Plaintiff,

        vs.
12
    I.E. PACIFIC, INC., et al.,
13
                            Defendant.
14  _____/

15          The office of plaintiff's counsel informed this Court that settlement was reached.  Pursuant to

16  this Court's Local Rule 16-160, this Court ORDERS plaintiff, no later than August 31, 2005, to file

17  papers to dismiss this action in its entirety.

18          **All court dates**, including the August 1, 2005 settlement conference, November 1, 2005 pretrial

19  conference, and December 13, 2005 trial, and any other pending matters in this action are **VACATED**.

20          Failure to comply with this order may be grounds for the imposition of sanctions on any and all

21  counsel or parties who contributed to the violation of this order.  *See* Local Rule 16-160 and 16-272.

22          IT IS SO ORDERED.

23  **Dated:    July 28, 2005**            _____/s/ Lawrence J. O'Neill_____
    66h44d                                 UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28