UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES, for the Use of DNS CONTRACTORS, INC.<br><br>Plaintiff,<br><br>v.<br><br>I.E.-PACIFIC, INC., a California corporation; ST. PAUL FIRE AND MARINE INSURANCE COMPANY, a Minnesota corporation; TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation;<br><br>Defendants. | CASE NO: CIV. F-03-6833 JKS LJO<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| AND RELATED CROSS-ACTIONS. | |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(ii), DNS Contractors, Inc., I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc., stipulate to the dismissal with prejudice of all claims in the captioned action, United States District Court for the Eastern District of California, Case No. CIV. F-03-6833 JKS LJO. This dismissal includes the complaint, all amended complaints and the third party complaint of DNS Contractors, Inc., and the counterclaims of I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc.

SO STIPULATED:

DATED: August 29, 2005          ANDRADE & ASSOCIATES

                                By:_____
                                    RICHARD B. ANDRADE
                                    NATALIA D. SMITH
                                Attorneys for Plaintiff and Counter-
                                Defendants DNS Contractors, Inc.

DATED: August ___, 2005         MARKS, GOLIA & FINCH, LLP

                                By:_____
                                    P. RANDOLPH FINCH JR.
                                    ANDREW P. PEARSON
                                Attorneys for Defendant and Counterclaimant
                                I.E.-Pacific, Inc., and Defendant Travelers
                                Casualty and Surety Company of America
                                and Defendant St. Paul Fire and Marine
                                Insurance Company

DATED: August ___, 2005         JACOBSON, HANSEN, NAJARIAN &
                                MCQUILLAN

                                By:_____
                                    LEITH B. HANSEN
                                Attorneys for Defendant Hiatt Ready Mix,
                                Inc.

DATED: August ___, 2005         BELL, ROSENBERG & HUGHES

                                By:_____
                                    ROLAND NIKLES
                                Attorneys for Counterclaimant Hiatt Ready
                                Mix, Inc.

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. CIV. F-03-6833 JKS LJO

1  Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(ii), DNS Contractors, Inc.,
2  I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc., stipulate to the dismissal with prejudice of all
3  claims in the captioned action, United States District Court for the Eastern District of
4  California, Case No. CIV. F-03-6833 JKS LJO.  This dismissal includes the complaint, all
5  amended complaints and the third party complaint of DNS Contractors, Inc., and the
6  counterclaims of I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc.

7  SO STIPULATED:

8  DATED: August ___, 2005                ANDRADE & ASSOCIATES

10                                         By:_____
                                              RICHARD B. ANDRADE
                                              NATALIA D. SMITH
11                                            Attorneys for Plaintiff and Counter-
                                              Defendants DNS Contractors, Inc.

13  DATED: August 31, 2005                 MARKS, GOLIA & FINCH, LLP

15                                         By:_____
                                              P. RANDOLPH FINCH JR.
                                              ANDREW P. PEARSON
16                                            Attorneys for Defendant and Counterclaimant
                                              I.E.-Pacific, Inc., and Defendant Travelers
17                                            Casualty and Surety Company of America
                                              and Defendant St. Paul Fire and Marine
18                                            Insurance Company

19  DATED: August ___, 2005                JACOBSON, HANSEN, NAJARIAN &
                                           MCQUILLAN

21                                         By:_____
                                              LEITH B. HANSEN
22                                            Attorneys for Defendant Hiatt Ready Mix,
                                              Inc.

23  DATED: August ___, 2005                BELL, ROSENBERG & HUGHES

25                                         By:_____
                                              ROLAND NIKLES
26                                            Attorneys for Counterclaimant Hiatt Ready
                                              Mix, Inc.

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. CIV. F-03-6833 JKS LJO

Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(ii), DNS Contractors, Inc., I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc., stipulate to the dismissal with prejudice of all claims in the captioned action, United States District Court for the Eastern District of California, Case No. CIV. F-03-6833 JKS LJO. This dismissal includes the complaint, all amended complaints and the third party complaint of DNS Contractors, Inc., and the counterclaims of I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc.

SO STIPULATED:

DATED: August ___, 2005

ANDRADE & ASSOCIATES

By:_____
RICHARD B. ANDRADE
NATALIA D. SMITH
Attorneys for Plaintiff and Counter-Defendants DNS Contractors, Inc.

DATED: August ___, 2005

MARKS, GOLIA & FINCH, LLP

By:_____
P. RANDOLPH FINCH JR.
ANDREW P. PEARSON
Attorneys for Defendant and Counterclaimant I.E.-Pacific, Inc., and Defendant Travelers Casualty and Surety Company of America and Defendant St. Paul Fire and Marine Insurance Company

DATED: August 30, 2005

JACOBSON, HANSEN, NAJARIAN & MCQUILLAN

By:_____
LEITH B. HANSEN
Attorneys for Defendant Hiatt Ready Mix, Inc.

DATED: August ___, 2005

BELL, ROSENBERG & HUGHES

By:_____
ROLAND NIKLES
Attorneys for Counterclaimant Hiatt Ready Mix, Inc.

2

TOTAL P.02

1 | Pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(ii), DNS Contractors, Inc.,
2 | I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc., stipulate to the dismissal with prejudice of all
3 | claims in the captioned action, United States District Court for the Eastern District of
4 | California, Case No. CIV. F-03-6833 JKS LJO. This dismissal includes the complaint, all
5 | amended complaints and the third party complaint of DNS Contractors, Inc., and the
6 | counterclaims of I.E.-Pacific, Inc., and Hiatt Ready Mix, Inc.

7 | SO STIPULATED:

8 | DATED: August ___, 2005        ANDRADE & ASSOCIATES

10 | By:_____
   | RICHARD B. ANDRADE
   | NATALIA D. SMITH
11 | Attorneys for Plaintiff and Counter-
   | Defendants DNS Contractors, Inc.

13 | DATED: August ___, 2005        MARKS, GOLIA & FINCH, LLP

15 | By:_____
   | P. RANDOLPH FINCH JR.
   | ANDREW P. PEARSON
16 | Attorneys for Defendant and Counterclaimant
   | I.E.-Pacific, Inc., and Defendant Travelers
17 | Casualty and Surety Company of America
   | and Defendant St. Paul Fire and Marine
18 | Insurance Company

19 | DATED: August ___, 2005        JACOBSON, HANSEN, NAJARIAN &
   |                                MCQUILLAN

21 | By:_____
   | LEITH B. HANSEN
22 | Attorneys for Defendant Hiatt Ready Mix,
   | Inc.

23 | DATED: August 25, 2005         BELL, ROSENBERG & HUGHES

25 | By:_____
   | ROLAND NIKLES  DOUG MCMANAMAN
26 | Attorneys for Counterclaimant Hiatt Ready
   | Mix, Inc.

2

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. CIV. F-03-6833 JKS LJO

1  ORDER

2  Based upon the stipulation of the parties, the captioned action is ordered dismissed with
3  prejudice.

5  **SO ORDERED.**

7  DATED: _Oct 6, 05_   By: _[signature]_
8  JUDGE OF THE UNITED STATES
   DISTRICT COURT

25  400.011/AP893.asm

3

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE
CASE NO. CIV. F-03-6833 JKS LJO